UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

                        Plaintiff,

           -v-

HOTEL WAYNE, INC.,

                       Defendant.

20-CV-8885 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties seek to have the document at Docket Number 17 removed from the docket because it mistakenly contains a confidential settlement communication.

The Clerk of Court is respectfully directed to strike the document filed at Docket Number 17 from the docket.

SO ORDERED.

Dated: February 11, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge