UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

                Plaintiff,

-v-

HOTEL WAYNE, INC.,

                Defendant.

20-CV-8885 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has discovered that it mistakenly ordered the document at Document Number 17 to be struck from the docket. The Court instead intended to remove the document at Docket Number 18 from the docket because it mistakenly contains a confidential settlement communication.

    The Clerk of Court is respectfully directed to restore the document filed at Docket Number 17, and to strike the document filed at Docket Number 18 from the docket.

    SO ORDERED.

Dated: February 17, 2021
   New York, New York

                                            J. PAUL OETKEN
                                       United States District Judge